IN RE: OHIO EXECUTION PROTOCOL.

Angelo Fears, et al., Plaintiffs,

Gary Otte; Ronald Phillips; Raymond Tibbetts, Plaintiffs–Appellees,

v.

Donald Morgan, et al., Defendants–Appellants.

No. 17-3076

United States Court of Appeals, Sixth Circuit.

Decided and Filed: April 25, 2017

Before: COLE, Chief Judge; BATCHELDER, MOORE, CLAY, GIBBONS, ROGERS, SUTTON, McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, and DONALD, Circuit Judges.

**ORDER**

A majority of the Judges of this Court * in regular active service has voted for rehearing en banc of this case. Sixth Circuit Rule 35(b) provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous opinion and judgment of this court are vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs; this matter is scheduled for oral argument on June 14, 2017.

---

* Judge Cook recused herself in this case.